

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-14-00623-CR |
| Style: | Devonte Rashard Hayes |
| | **v** The State of Texas |
| Date motion filed*: | March 20, 2015 |
| Type of motion: | Motion to Abate Appeal |
| Party filing motion: | Appellant |

Ordered that motion is:

☐     Granted
If document is to be filed, document due:

       ☐   The Clerk is instructed to file the document as of the date of this order
       ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

Appellant has filed a motion to abate this appeal pending preparation of a motion to dismiss signed by appellant. The motion is denied because abatement is not necessary; appellant may file his signed motion to dismiss his appeal with this Court without abating the appeal. *See* TEX. R. APP. P. 42.2(a) ("At any time before the appellate court's decision, the appellate court may dismiss the appeal upon appellant's motion. The appellant and his or her attorney must sign the written motion to dismiss and file it in duplicate with the appellate clerk, who must immediately send the duplicate to the trial court clerk.").

Judge's signature: /s/ Jane Bland
                ☒ Acting individually      ☐ Acting for the Court

                Panel consists of _____.

Date: March 24, 2015